# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Savion Kain Frye

**FILED**
06/06/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

(Full name of defendant(s))

Jail Commander, Randy Schnell
Dubois County Security Center
255 Brucke Strasse, Jasper, In. 47546

Case Number:

3:24-cv-00096-MPB-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

255 Brucke Strasse, Jasper, In. 47546
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Jail Commander, Randy Schnell
(Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Dubois County Security Center, 255 Brucke Strasse, Jasper, IN. 47546__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In the month of Feburary 2024, I requested to be placed on a Kosher Diet in regards to my religious beliefs, but was ignored, so in return, I filed a formal grievance to the Jail Commander, Randy Schnell whom formally denied my request on 03-08-2024. I filed an appeal to Sheriff, Tom Kleinhelter and was granted a Kosher Diet.

Between the months of March and late May, I wrote several formal and informal grievances

Complaint - 2

To Jail Commander, Randy Schnell and Mr. Schnell used his offical capacity motivated by personal reasons or beliefs to intentionally denied or simply ignore. On one such occassion Mr. Schnell agrees that my concern is valid, but continues to ignore or circumvent, hence denying me a kosher diet. Mr. Schnell is the Jail Commander of the Dubois County Security Center located at 255 Brucke Strasse, Jasper, In. 47546 and has attempted to block my every attempt at being served a kosher diet even though Sheriff, Kleinhelter approved my religious diet. As of today at the time of writting this (05-30-2024 @ 3:00p.m), I have not recieved a single kosher-approved meal after being "Granted" the diet.

In my possession I have copies of every formal and informal grievance filed proving I've exhausted all local remedies.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

(1.) I'm Sueing Mr. Schnell In Both His Offical Capacity And Individual Capacity And Am Requesting That A Policy Be Established To Ensure Inmates A Kosher Diet.

(2.) I'm Also Requesting That I Be Awarded A Sum Of Thirty-Five Thousand Dollars ($35,000) For Mr. Schnell Intentionally Barring Me To Exersise My Rights In The Hopes It'll Teach Him To Keep Personal Reasons Or Believes Away From Doing His Job.

(3.) I'd Also Request That Any And All Lawyer Or Court Fees Be Paid By The Defendant.

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 30TH day of May 20 24.

Respectfully Submitted,

_____
Signature of Plaintiff

# 123409
_____
Plaintiff's Prisoner ID Number

255 BRUCKE STRASSE
_____
JASPER, IN. 47546
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.